**A.J.C. ENTERPRISES, INC. d/b/a Back Street Saloon**

v.

**Louis H. PASTORE, Jr. et al.**

**No. 81-162-M.P.**

Supreme Court of Rhode Island.

April 2, 1981.

William A. Gosz, Providence, for petitioner.

Faith A. LaSalle, Spec. Asst. Atty. Gen., Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen, Providence, for respondents.

### ORDER

The petition for writ of certiorari is granted. The stay entered in this case on March 23, 1981 is continued until further order of this court.

BEVILACQUA, C.J., did not participate.

■

**Douglas T. BROWN et al.**

v.

**CONCERNED PARENTS IN the CITY OF WOONSOCKET.**

**No. 81-177-M.P.**

Supreme Court of Rhode Island.

April 2, 1981.

Richard R. Ackerman, Inc., Woonsocket, for petitioners.

Mortimer C. Newton, Providence, for respondents.

### ORDER

The petitioner's motion to stay the order of the Board of Regents for Education affirming the decision of the Associate Commissioner herein is hereby denied.

■

**Anthony CANNAL**

v.

**Matthew GILL.**

**No. 80-566-M.P.**

Supreme Court of Rhode Island.

April 2, 1981.

Mann & Roney, Robert B. Mann, Providence, for petitioner.

Kathy Panciera, Spec. Asst. Atty. Gen., for respondent.

### ORDER

The motion to be appointed counsel and the request for counsel fee are both granted. Robert B. Mann is hereby awarded a fee of $140 for services performed on behalf of petitioner in this court.